IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREGORY MONTOYA,

      Movant,

v.                                                    CV 16-589 MV/WPL
                                                     CR 08-2966 MV

UNITED STATES OF AMERICA,

      Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed September 1, 2016. (CV Doc. 8; CR Doc. 55.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. The parties have filed Notices that they do not object to the Proposed Findings.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is granted; and

3) the Court will file an Amended Judgment reflecting a time-served sentence, which will be forwarded to the Bureau of Prisons immediately to process the release of the defendant..

_____
UNITED STATES DISTRICT JUDGE